### MILNE vs. LABO & AL.

APPEAL from the court of the first district.

MARTIN, J. delivered the opinion of the court. In this case the defendant Ewing appeals from the confirmation of a judgement taken by default against him, and he shews that the plaintiff, who claims the possession of a

The want of an answer does not authorize, without evidence, the confirmation of a judgement by default, except in cases where the demand is liquidated.

MILNE
*vs.*
LABO & AL.

tract of land occupied by the defendant, has not given the least title of evidence of his right.

Our statute does not authorise the deinitive confirmation of a judgement by default, without evidence, other than that which results for the want of an answer, in any case, except that of a liquidated debt.

It is therefore ordered, adjudged, and decreed, that the judgment of the district court as far as it regards the defendant and appellant Ewing, be annulled, avoided, and reversed, and that the case be remanded for further proceedings, the plaintiff and appellee to pay the costs of this appeal.

*Livingston* for the plaintiff, *Morel* for the defendant.